*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  August 13, 2015                    519880
_____

In the Matter of ROBERT McLEE,
                    Petitioner,

        v

ANTHONY J. ANNUCCI, as Acting              MEMORANDUM AND JUDGMENT
    Commissioner of Corrections
    and Community Supervision,
    et al.,
                    Respondents.
_____

Calendar Date:   June 8, 2015

Before:  Peters, P.J., Garry, Lynch and Devine, JJ.

                        _____


        Robert McLee, Dannemora, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus J.
Mastracco of counsel), for respondents.

                        _____


        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Chemung County)
to review a determination of respondent Commissioner of
Corrections and Community Supervision which found petitioner
guilty of violating certain prison disciplinary rules.

        Petitioner commenced this CPLR article 78 proceeding to
challenge a tier III determination that found him guilty of
making threats, bribery, harassment, soliciting and forwarding
calls.  The Attorney General has advised this Court that the
determination has been administratively reversed, all references
thereto have been expunged from petitioner's institutional record
and the mandatory $5 surcharge has been refunded to his inmate
account.  Petitioner is not entitled to be restored to the status

that he enjoyed prior to the disciplinary determination (see Matter of Ponder v Annucci, 128 AD3d 1255, 1255 [2015]; Matter of Raduns v Prack, 122 AD3d 995, 995-996 [2014]).  In view of this, and given that petitioner has received all of the relief to which he is entitled, the matter is dismissed as moot (see Matter of McCaskell v Department of Corr. & Community Supervision, 128 AD3d 1208, 1208-1209 [2015]; Matter of Bain v Annucci, 127 AD3d 1533, 1533 [2015]).

Peters, P.J., Garry, Lynch and Devine, JJ., concur.

ADJUDGED that the petition is dismissed, as moot, without costs, but with disbursements in the amount of $305.

ENTER:

Robert D. Mayberger
Clerk of the Court